ESTHER T. CRATER, Respondent, v. CAMET CONSTRUCTION CORPORATION and Others, Appellants, and MUNICIPAL BANK, Defendant.— The decision of this court handed down on June 9, 1930,■ is hereby amended to read as follows: Motion for extension of time to perfect appeal granted upon condition that appel-

lants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Motion to add appeal to June term calendar denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.